# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERLISA KING,<br><br>Defendant. | CASE NO. **1:23CR 022**<br><br>JUDGE **J. BARRETT**<br><br>**INDICTMENT**<br>18 U.S.C. § 1343 |



**THE GRAND JURY CHARGES:**

### COUNTS 1-20
### (Wire Fraud)

#### Background

1. Victim-1 is a company that sells renter's insurance through its website.

#### The Scheme

2. From in or about May 2022 through in or about June 2022, the defendant, Erlisa King, devised and intended to devise a scheme to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

#### Manner and Means

3. It was part of the scheme that King used Victim-1's website to apply for hundreds of renter's insurance policies—including those listed below as Counts 1 through 20—for apartments in or about Cincinnati, Ohio.

4. It was part of the scheme that King would supply a bogus bank account number for payment of the premium for the policies.

1

5. It was part of the scheme that King would immediately cancel the policies and request a refund to a debit card that she controlled.

6. It was part of the scheme that King withdrew or spent the refunded money from the debit cards.

## Execution of the Scheme

7. On or about the dates listed below, in the Southern District of Ohio and elsewhere, the defendant, Erlisa King, for the purpose of executing the scheme described above, did transmit and cause to be transmitted in interstate commerce, by means of wire communications, certain signs, signals, pictures and sound described below for each count, each transmission constituting a separate count:

| Count | Policy Number | Policy Enrollment Date |
|---|---|---|
| 1 | 34HQ0XW55 | 5/23/2022 |
| 2 | 34HQ0XW53 | 5/23/2022 |
| 3 | 34HQ0XW50 | 5/23/2022 |
| 4 | 34HQ0XW4X | 5/23/2022 |
| 5 | 34HQ0XWW4 | 5/24/2022 |
| 6 | 34HQ0XWVX | 5/24/2022 |
| 7 | 34HQ0XWVW | 5/24/2022 |
| 8 | 34HQ0XY16 | 5/25/2022 |
| 9 | 34HQ0XY0K | 5/25/2022 |
| 10 | 34HQ0XY0C | 5/25/2022 |
| 11 | 34HQ0XY01 | 5/25/2022 |
| 12 | 34HQ0XXGH | 5/25/2022 |
| 13 | 34HQ0XXGG | 5/25/2022 |
| 14 | 34HQ0XXGF | 5/25/2022 |
| 15 | 34HQ0XXGD | 5/25/2022 |
| 16 | 34HQ0XXGB | 5/25/2022 |
| 17 | 34HQ0XXG9 | 5/25/2022 |
| 18 | 34HQ0XXG8 | 5/25/2022 |
| 19 | 34HQ0XXG7 | 5/25/2022 |
| 20 | 34HQ0XZMP | 5/27/2022 |

**In violation of 18 U.S.C. § 1343.**

## FORFEITURE ALLEGATION

Upon conviction of any offense set forth in Counts 1 through 20 of this Indictment, the defendant, Erlisa King, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation(s), including, but not limited to a sum of money equal to at least $200,000.00, which represents the amount of proceeds the defendant obtained as a result of the offense(s).

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL.

/S/
_____
FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
TIMOTHY LANDRY, MA 669554
SPECIAL ASSISTANT UNITED STATES ATTORNEY